UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA CRAYTON,

    Plaintiff,

Case No. 1:21-cv-599

v.

Hon. Hala Y. Jarbou

TWIN CITIES AREA
TRANSPORTATION AUTHORITY, et al.,

    Defendants.
_____/

## ORDER

On July 20, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's complaint (ECF No. 1) be dismissed for failure to state a claim on which relief may be granted (ECF No. 5). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 3, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

    **IT IS ORDERED** that the R&R (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that that an appeal of this matter by Plaintiff would not be in good faith.

Date:    August 23, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE